# United States Court of Appeals

## For the First Circuit

No. 06-2151

VERIZON NEW ENGLAND, INC.,

Plaintiff, Appellant,

v.

MAINE PUBLIC UTILITIES COMMISSION; STEPHEN L. DIAMOND, in his
official capacity as Commissioner of the Maine Public Utilities
Commission; SHARON M. REISHUS, in her official capacity as
Commissioner of the Maine Public Utilities Commission; KURT W.
ADAMS, in his official capacity as Commissioner of the Maine
Public Utilities Commission,

Defendants, Appellees.

**ERRATA**

The opinion of this court issued on September 6, 2007, is
amended as follows:

On page 11, line 18, replace the words "present on a legal"
with the words with "present a legal".